UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEXTER PERSON,<br><br>           Plaintiff,<br>     v.<br>SOCIAL SECURITY COMMISSIONER,<br><br>           Defendant.<br>_____/ | No. C 10-03021 MEJ<br><br>**ORDER RE: CASE STATUS** |

On July 9, 2010, Plaintiff Dexter Person filed the above-captioned case, seeking review of a decision by the Secretary of Health and Human Services denying Social Security benefits. Defendant filed an answer on January 25, 2011.  Pursuant to the Procedural Order for Social Security Review Actions issued in this case, Plaintiff was ordered to file a motion for summary judgment or remand within 30 days of service of Defendant's answer.  As Plaintiff has failed to comply with the procedural order, the Court ORDERS Plaintiff to file a status report by May 19, 2011.

**IT IS SO ORDERED.**

Dated: April 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEXTER PERSON,

        Plaintiff,

  v.

SOCIAL SECURITY COMMISSIONER et al,

        Defendant.

Case Number: CV10-03021 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dexter Person
2875 Valencia Way
San Pablo, CA 94806

Dated: April 28, 2011

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk

2